```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                        HAMMOND DIVISION


ELIZABETH A. ALLEN, GENE C.     )
MARTIN, DAVID G. MELTON, CAROL  )
MINARD, CAROL SANCHEZ, MICHELLE )
SISSAC, DEBORAH L. WAGNER,      )
TINA G. WILLS, TERRENCE J.      )
ZMUCKI, JANICE MARTIN, CHARLES  )
MARTIN, MARY ANN LUCAS, KURT    )
FRANCISKOVICH, LUDOVICA         )
ALVAREZ, LARRY DUTTON, DIANE    )
RILEY, CARLOS MADAYAG, JOANNE   )
BARANOWSKI, GUY DUFF, RUBY      )
SANDOVAL, CLIFFORD JENKINS,     )
JOHN S. PETRITES, LESLIE WAYNE  )
MORRIS, CODY PAREDES and TOM    )
LAMBERT,                        )
                                )
              Plaintiffs,       )
                                )
         v.                     )   Case No. 2:04 CV 128
                                )
HARRAH'S ENTERTAINMENT, INC.,   )
and HARRAH'S OPERATING COMPANY  )
INC., d/b/a/ HARRAH'S EAST      )
CHICAGO CASINO & HOTEL d/b/a    )
SHOWBOAT MARINA CASINO          )
PARTNERSHIP,                    )
                                )
              Defendants        )
```

Opinion and Order

This matter is before the court on the court's Opinion and Order dated July 20, 2005 and the Affidavit of Jane M. McFetridge filed by the defendant on July 22, 2005. In the July 20 Opinion, the court sanctioned the plaintiff to pay the court reporter fees associated with certain failed depositions. *See* July 20, 2005 Opinion, pg. 4. However, the court inadvertently ordered the defendant to file an affidavit of both court reporter fees and attorney fees. *See* July 20, 2005 Opinion, pg. 8.

The court hereby **STRIKES** the portion of the July 20, 2005

Opinion directing the defendant to file an affidavit of attorney fees.  The Affidavit of Ms McFetridge is **DENIED** to the extent it seeks reimbursement of attorney fees.  The court **TAKES UNDER ADVISEMENT** the portion of the Affidavit enumerating court reporter fees.

    ENTERED this of 22 July, 2004

                              s/ ANDREW P. RODOVICH
                                  United States Magistrate Judge