AO 450

# United States District Court
## Northern District of Indiana

ELIZABETH A. ALLEN (termed 08/26/2005)
GENE C. MARTIN, DAVID G. MELTON,
CAROL MINARD, CAROL SANCHEZ,
MICHELLE SISSAC, DEBORAH L. WAGNER,
TINA G. WILLS, TERRENCE J. ZMUCKI,
JANICE MARTIN, CHARLES MARTIN,
MARYANN LUCAS, KURT FRANCISKOVICH,
LUDOVICA ALVAREZ, LARRY DUTTON,
DIANA RILEY, CARLOS MADAYAG,
JOANNE BARANOWSKI, GUY DUFF (termed 11/18/2005)
RUDY SANDOVAL (termed 11/18/2005)
CLIFFORD JENKINS, JOHN S. PETRITES
LESLIE WAYNE MORRIS (termed 08/26/2005)
CODY PAREDES, TOM LAMBERT
MARVIN GINSBURG, WELLINGTON OKOH,
LOU RARICK, VICKY LOVE, ARTURO GONZALEZ,
CHRISTINE MCKINNEY, CHARLIE MANNING,
MELISSA ZULFER, MICHAEL SNYDER,
GERARDO RUIZ-MARTINEZ
        Plaintiffs

        v.

HARRAH'S ENTERTAINMENT, INC.
HARRAH'S OPERATING CO., INC.
dba Showboard Marina Casino Partnership
dba Harrah's East Chicago Casino & Hotel
        Defendants

**JUDGMENT IN A CIVIL CASE**

Case No. 2:04cv128 APR

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED the defendants' motion for summary judgment is

GRANTED with respect to Count I, violation of the Fair Labor Standards Act.  Count II is DISMISSED

WITHOUT PREJUDICE.   Judgment is entered on behalf of defendants and against plaintiffs.


                                  Stephen R. Ludwig, Clerk

/s/ RMNagy
By_____
Deputy Clerk

**Post Judgment Interest Rate**: N/A

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **December 5, 2006**.